# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2106

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| Bryan R. Dunn, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: September 16, 2011
Filed: October 4, 2011

_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Bryan Dunn appeals the sentence the district court[1] imposed after revoking his supervised release. Upon careful review, we reject Dunn's arguments on appeal, and we conclude that the revocation sentence of 12 months in prison with 19 months of supervised release was not unreasonable, see United States v. Perkins, 526 F.3d 1107, 1110-11 (8th Cir. 2008). Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.